IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Hines, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Proctor.io, Incorporated,<br><br>Defendant. | Case No. CaseNumber<br><br>**Declaration of Mike Olsen in Support of Notice of Removal** |

I, Mike Olsen, declare as follows:

1. I am the Founder and CEO of Proctor.io Incorporated ("Proctorio"), the defendant in this action.

2. I submit this declaration in support of Proctorio's Notice of Removal. Unless otherwise indicated, I make this declaration based on personal knowledge.

3. Proctorio is incorporated under Delaware law with its principal place of business in Scottsdale, Arizona.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  6  day of July in  Maricopa  County, Arizona.

_Michael Olsen (Jul 6, 2021 11:21 PDT)_
Mike Olsen