

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**          312-435-5670
**Clerk**

Date 7/8/2021

**J. Dominick Larry**
Nick Larry Law LLC
8 S Michigan Ave
Suite 2600
Chicago, IL 60603

RE: Hines v. Proctor.io Incorporated
USDC Case Number: 1:21-cv-03597

Dear Counselor:

The records of this office indicate that on 07/07/2021 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2021CH02709. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

        Sincerely,
        Thomas G. Bruton, Clerk

        By: /s/E. Caswick
            Deputy Clerk

Enclosure

Rev. 09/23/2016