IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Hines, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Proctor.io Incorporated,<br><br>Defendant. | Case No. 1:21-CV-03597<br><br>**NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE** |

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Proctor.io Incorporated ("Proctorio") hereby gives notice that its Answer in the above-captioned case draws into question the constitutionality of a state statute. *See* Dkt. 8. Specifically, Proctorio's Twelfth Affirmative Defense asserts that the statutory damages potentially available under Illinois's Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, as applied to Plaintiff's claims and allegations, are grossly excessive and disproportionate in light of the absence of any injury or harm to plaintiff and the putative class members. Proctorio therefore contends that BIPA's statutory damages provision violates the Due Process Clause of the Fifth and Fourteenth Amendments to the U.S. Constitution, as well as the Due Process Clause of the Illinois Constitution.

As required under Rule 5.1(a)(2), undersigned counsel will serve a copy of this notice and of Proctorio's answer on the Illinois Attorney General by certified mail.

Date: July 9, 2021

Respectfully submitted,

DORSEY & WHITNEY LLP

By: */s/ Ryan Mick*
    Ryan Mick
    mick.ryan@dorsey.com
    Robert Cattanach*

cattanach.Robert@dorsey.com
Trevor Brown*
brown.trevor@dorsey.com
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Daniel Goldberger*
goldberger.dan@dorsey.com
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*application for pro hac vice admission forthcoming*

and

John F. Grady
GRADY BELL LLP
53 W. Jackson Blvd., Ste. 1250
Chicago, Illinois 60604
312-939-0964
jgrady@gradybell.com
Firm ID: 56243

*Attorneys for Defendant Proctor.io Incorporated*