**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Charles Hines, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Proctor.io Incorporated,<br><br>Defendant. | Case No. 1:21-CV-03597<br><br><br>**UNOPPOSED MOTION TO EXTEND DOCUMENT PRODUCTION DEADLINE** |

The Court's November 15, 2021, minute order directed Defendant Proctor.io Incorporated ("Proctorio") to complete its rolling document production by December 8, 2021. (Dkt. 28) Procotio moves the Court to extend this deadline to January 3, 2022. Good cause exists for moving this deadline, in particular:

1. The parties generally agree that Proctorio's source code could be dispositive in this case. Proctorio has already produced what it considers to be the two key components of its source code, and the parties have met and conferred and are working cooperatively regarding the production of additional components of the code. Due to the sensitive nature of the source code, the parties have agreed to explore non-traditional production methods—e.g., a third-party software escrow service—which will take additional time to coordinate.

2. Proctorio plans to substantially complete production of all "non-email" documents by the original deadline of December 8, 2021.

3. Proctorio has collected more than a million email documents from several custodians and is in the process of narrowing and reviewing these documents for production, but due to the Thanksgiving holiday and the volume of documents being reviewed, completing production by December 8, 2021, is not feasible.

4. This is the first time Proctorio has asked to move its document production deadline, and the extension will not affect the overall fact discovery deadline.

5. The parties met and conferred regarding this request, and Plaintiff Charles Hines (through counsel) indicated that he does not oppose extending Proctorio's deadline to January 3, 2022.

Accordingly, Proctorio respectfully requests that the Court grant its unopposed motion to extend the deadline to complete rolling document production to January 3, 2022 (as well as the corresponding deadlines for any motions to compel).

Dated: December 3, 2021               Respectfully submitted,

By: /s/ Ryan E. Mick
Ryan E. Mick
mick.ryan@dorsey.com
Robert Cattanach
cattnach.robert@dorsey.com
Trevor Brown
brown.trevor@dorsey.com
Christopher A. DeLong
delong.christopher@dorsey.com
DORSEY & WHITNEY LLP
50 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Tel: 612/340-2600

Daniel Goldberger
goldberger.dan@dorsey.com
DORSEY & WHITNEY LLP
51 W. 52nd Street
New York, NY 10019
Tel: 212/415-9200

John F. Grady
jgrady@gradybell.com
GRADY BELL LLP
53 W. Jackson Boulevard, Suite 1250
Chicago, IL 60604
Tel: 312/939-0964

*Attorneys for Defendant
Proctor.io Incorporated*