# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charles Hines

                Plaintiff,

v.                                   Case No.: 1:21−cv−03597
                                                Honorable Jorge L. Alonso

Proctor.io Incorporated

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 3, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the motion, and without objection, Defendant's motion for extension of time [29] is granted. Rolling document production shall be completed by 1/3/22. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.