UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES HINES, individually and on behalf of all others similarly situated, <br><br>*Plaintiff*, <br><br>v. <br><br>PROCTOR.IO INCORPORATED, <br><br>*Defendant*. | Case No. 1:21-cv-03597 <br><br>Judge: Hon. Jorge L. Alonso <br><br>Magistrate: Hon. Sunil R. Harjani |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR
SERVING NOTICES OF DEPOSITIONS**

Plaintiff Charles Hines, by and through undersigned counsel, files this unopposed Motion to Extend the Deadline for Serving Notices of Depositions in the above-styled action (the "Action"), and in support thereof and for good cause states as follows:

1. Per the Court's Order dated August 17, 2021 (ECF No. 22), all notices of depositions, with agreed upon dates, are currently due to be served in this Action by December 17, 2021.

2. Per the Court's November 15, 2021 minute order (ECF No. 28), Defendant Proctor.io Incorporated ("Proctorio" or "Defendant") was ordered to complete its rolling production of documents by December 8, 2021, well before the December 17, 2021 deadline.

3. On December 3, 2021, Defendant sought an extension of its deadline to complete its rolling production of documents from December 8, 2021, to January 3, 2022, which Plaintiff did not oppose (*see* ECF No. 29). Therein, Defendant informed the Court that it had "collected more than a million email documents from several custodians . . . ." *Id*. at p. 2.

4. Per the Court's minute order of the same date, Defendant's motion was granted (ECF No. 30), thereby extending Defendant's deadline to complete its rolling production of documents to January 3, 2022.

5. Serving all notices of depositions on or before December 17, 2021, *i.e.* prior to receiving and/or reviewing Defendant's production, which is likely to include hundreds of thousands of email documents from multiple custodians, is not feasible.

6. So as to allow Plaintiff sufficient time to review and analyze the entirety of Defendant's document production prior to completing service of all notices of depositions in this Action, Plaintiff requests that the deadline for serving deposition notices in this Action be extended from December 17, 2021 to January 14, 2022.

7. The requested extension permits Plaintiff a modest eleven (11) days after Defendant's deadline to complete its production to serve any remaining notices of depositions and will not affect any other deadlines in this Action.

8. Plaintiff's Counsel contacted Defendant's Counsel, Mr. Daniel Goldberger, and he indicated that Defendant does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Extend the Deadline for Serving Notices of Depositions and thereby extend said deadline to January 14, 2022.

Dated: December 13, 2021                                Respectfully submitted,

                                                        /s/ J. Dominick Larry

                                                        Randall K. Pulliam (Admitted *Pro Hac Vice*)
                                                        David F. Slade (Admitted *Pro Hac Vice*)
                                                        CARNEY BATES AND PULLIAM, PLLC
                                                        519 West 7th Street
                                                        Little Rock, AR 72201

Telephone: (501) 312-8500
rpulliam@cbplaw.com
dslade@cbplaw.com

J. Dominick Larry
NICK LARRY LAW LLC
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Telephone: (773) 694-4669
nick@nicklarry.law

*Attorneys for Plaintiff and the Class*