UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES HINES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PROCTOR.IO INCORPORATED,<br><br>*Defendants*. | Case No. 1:21-cv-03597<br><br>Judge: Hon. Jorge L. Alsono<br><br>Magistrate: Hon. Sunil R. Harjani |

### UNOPPOSED MOTION TO EXTEND DEADLINE FOR MOTION TO COMPEL AND SERVING NOTICES OF DEPOSITIONS

Plaintiff Charles Hines, by and through undersigned counsel, files this unopposed Motion to Extend the Deadline to file any Motion to Compel and Serve Notices of Depositions in the above-styled action (the "Action"), and in support thereof and for good cause states as follows:

1. Per the Court's November 15, 2021 minute order (ECF No. 28), the Defendant's rolling production initially was to be completed by December 8, 2021, and any motion to compel was to be filed by December 17, 2021.

2. On December 3, 2021, Defendant sought an extension of its deadline to complete its rolling production of documents from December 8, 2021, to January 3, 2022, which Plaintiff did not oppose (*see* ECF No. 29). Therein, Defendant informed the Court that it had "collected more than a million email documents from several custodians . . . ." *Id*. at p. 2.

3. Per the Court's minute order of the same date, Defendant's motion was granted (ECF No. 30), thereby extending Defendant's deadline to complete its rolling production of documents to January 3, 2022.

4. The extension of Defendant's deadline to complete its rolling document production to January 3, 2022 makes the deadline to file a motion to compel due on or before January 12, 2022.

5. Defendant produced five installments of its rolling production: Defendant produced its initial source code on October 29, 2021; 440 pages of documents on December 8, 2021; 15,344 pages of documents on December 23, 2021; 11,074 pages of documents on December 30, 2021; and 15,366 pages of documents on January 4, 2022 (collectively, the "Productions").

6. Additionally, while the Parties are working jointly to engage a code escrow service in order to allow Plaintiff to view Defendant's source code, the engagement has not yet been finalized, and thus Plaintiff's expert is unable to begin source code review.

7. Plaintiff is diligently and efficiently reviewing the 42,225 pages produced by Defendant in this case. However, given the timing and volume of the production, Plaintiff is incapable of completing a meaningful review with sufficient time to (1) evaluate Defendant's production for deficiencies, (2) schedule and participate in a meet-and-confer with Defense counsel to address any potential issues detected in Defendant's production pursuant to Local Rule 37.2, and (3) prepare and file a motion to compel with the Court prior to the January 12 deadline. The same restrictions apply with regard to any disputes that may arise concerning the production of Defendant's source code.

8. So as to allow Plaintiff sufficient time to review and analyze the entirety of Defendant's Productions prior to filing any appropriate motion to compel, and to allow Plaintiff's expert to review and analyze Defendant's source code for any potential concerns regarding said

code, Plaintiff requests that the deadline for filing any motion to compel in this Action be extended from January 12, 2022 to February 11, 2022.

9. The requested extension permits Plaintiff thirty (30) additional days to prepare any motion to compel and serve notices of depositions and will not affect any other deadlines in this Action.

10. Plaintiff's Counsel contacted Defendant's Counsel, Mr. Daniel Goldberger, and he indicated that Defendant does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Extend the Deadline for filing a Motion to Compel and serving Notices of Depositions and thereby extend said deadline to February 11, 2022.

Dated: January 6, 2022                                    Respectfully submitted,


                                                          /s/ J. Dominick Larry

                                                          Randall K. Pulliam (Admitted *Pro Hac Vice*)
                                                          David F. Slade (Admitted *Pro Hac Vice*)
                                                          CARNEY BATES AND PULLIAM, PLLC
                                                          519 West 7th Street
                                                          Little Rock, AR 72201
                                                          Telephone: (501) 312-8500
                                                          rpulliam@cbplaw.com
                                                          dslade@cbplaw.com

                                                          J. Dominick Larry
                                                          NICK LARRY LAW LLC
                                                          8 S. Michigan Ave., Suite 2600
                                                          Chicago, IL 60603
                                                          Telephone: (773) 694-4669
                                                          nick@nicklarry.law

                                                          *Attorneys for Plaintiff and the Class*

3