# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charles Hines

                  Plaintiff,

v.                                      Case No.: 1:21−cv−03597
                                                     Honorable Jorge L. Alonso

Proctor.io Incorporated

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the motion, the unopposed motion for an extension of time [33] is granted. Notice of depositions with agreed upon dates shall now issue by 2/11/22. Because the Court hopes the parties can resolve their discovery disputes without court intervention, the Court will not set any further dates for filing motions to compel. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.