## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Charles Hines

                Plaintiff,

v.                               Case No.: 1:21−cv−03597
                                            Honorable Jorge L. Alonso

Proctor.io Incorporated

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

        MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motions to appear pro hac vice [35] and [36] are granted. Attorneys James Allen Carney and Samuel R. Jackson are given leave to file appearances on behalf of Plaintiff. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.