IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Charles Hines, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Proctor.io Incorporated,<br><br>*Defendant*. | Case No. 1:21-cv-03597 |

**MOTION FOR WITHDRAWAL OF**
**DAVID F. SLADE AS COUNSEL FOR PLAINTIFF**

Plaintiff hereby gives notice that David F. Slade is no longer associated with the firm Carney Bates & Pulliam, PLLC, and Mr. Slade no longer represents Plaintiff in this action. Plaintiff will continue to be represented by Allen Carney, Samuel Jackson and Randall Pulliam of the law firm of Carney Bates & Pulliam, PLLC, and Plaintiff's other counsel of record. Mr. Slade's withdrawal will not prejudice any party to this action.

Wherefore, Plaintiff respectfully requests the Court grant this notice of withdrawal and terminate Mr. Slade as counsel of record for Plaintiff.

Respectfully submitted,

**CARNEY BATES & PULLIAM, PLLC**

By: */s/ Randall K. Pulliam*
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Samuel R. Jackson (*pro hac vice*)
sjackson@cbplaw.com
519 West 7th St.
Little Rock, AR 72201

Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*ATTORNEYS FOR PLAINTIFF AND THE CLASS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this March 30, 2022, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Randall K. Pulliam*
Randall K. Pulliam (*pro hac vice*)