## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Charles Hines

                      Plaintiff,

v.                                                   Case No.: 1:21−cv−03597

                                                          Honorable Jorge L. Alonso

Proctor.io Incorporated

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 1, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion for withdrawal of David F. Slade as counsel for Plaintiff [40] is granted. Attorney David Finlayson Slade is given leave to withdraw as counsel for Plaintiff. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.