UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES HINES, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PROCTOR.IO INCORPORATED,<br><br>*Defendants*. | Case No. 1:21-cv-03597<br><br>Judge: Hon. Jorge L. Alonso<br><br>Magistrate: Hon. Sunil R. Harjani |

**JOINT MOTION FOR LEAVE TO DEPOSE WITNESS AFTER CLOSE OF DISCOVERY**

Plaintiff Charles Hines, by and through undersigned counsel, and Defendant, Proctor.io Incorporated ("Proctorio"), file this Joint Motion to Depose Witness After Close of Discovery in the above-styled action (the "Action"), and in support thereof and for good cause state as follows:

1. Per the Court's August 17, 2021, minute order (ECF No. 22), fact discovery closes on April 15, 2022, a date that was confirmed in the Court's November 15, 2021, minute order (ECF No. 28).

2. The Parties have not sought an extension of this deadline in this case.

3. The Parties timely complied with all discovery orders in this case and have diligently worked to produce and obtain discovery, including producing documents for review and witnesses for depositions.

4. The Parties will have completed depositions for all but one witness prior to the April 15, 2022, fact discovery deadline.

5. To accommodate the trial schedules of counsel in this suit, the Parties seek to conduct the deposition of Proctorio and its CEO, Mike Olsen, on April 21, 2022.

6. All other matters related to fact discovery, excepting discovery matters specifically relating to the deposition of this witness, shall be concluded by the April 15, 2022, fact discovery deadline.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Parties' Joint Motion to Depose Witness After Close of Discovery and grant the Parties leave to conduct Proctorio's and its CEO Mike Olsen's deposition on April 21, 2022.

Dated: April 4, 2022                              Respectfully submitted,

*/s/ Randall K. Pulliam*
Randall K. Pulliam (Admitted *Pro Hac Vice*)
James Allen Carney (Admitted *Pro Hac Vice*)
Samuel R. Jackson (Admitted *Pro Hac Vice)*
CARNEY BATES AND PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
rpulliam@cbplaw.com
dslade@cbplaw.com

J. Dominick Larry
NICK LARRY LAW LLC
8 S. Michigan Ave., Suite 2600
Chicago, IL 60603
Telephone: (773) 694-4669
nick@nicklarry.law
Firm ID: 64846

*Attorneys for Plaintiff and the Class*

Dated : April 04, 2022

By: */s/Trevor Brown*
Ryan E. Mick
mick.ryan@dorsey.com
Robert Cattanach
cattanach.robert@dorsey.com
Trevor Brown
brown.trevor@dorsey.com
DORSEY & WHITNEY LLP
50 South Fifth Street, Suite 1500
Minneapolis, MN 55402
Tel: 612/340-2600

Daniel Goldberger
goldberger.dan@dorsey.com
DORSEY & WHITNEY LLP
51 W. 52nd Street
New York, NY 10019
Tel: 212/415-9200

John F. Grady
jgrady@gradybell.com
GRADY BELL LLP
53 W. Jackson Boulevard, Suite 1250
Chicago, IL 60604
Tel: 312/939-0964

*Attorneys for Defendant*
*Proctor.io Incorporated*