# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Charles Hines

                Plaintiff,

v.                                          Case No.: 1:21−cv−03597
                                          Honorable Jorge L. Alonso

Proctor.io Incorporated

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: The parties' join motion for leave to depose witness after close of discovery (doc. #[42]) is granted. The Court gives leave to conduct defendant Proctorio Incorporated and its CEO Mike Olsen's deposition on April 21, 2022. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.