## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Charles Hines

                    Plaintiff,

v.                                                 Case No.: 1:21−cv−03597
                                                Honorable Jorge L. Alonso

Proctor.io Incorporated

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's Motion for leave to appear pro hac vice [46] is granted. Attorney Katherine M. Chaves is given leave to file an appearance on behalf of Defendant. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.